# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1471

_____

Henry M. Zeidan,                    *
                                    *
            Appellant,              *
                                    *
     v.                             *     Appeal from the United States
                                    *     District Court for the
Lawrence Jacobson, Dr., or the Current  *  Southern District of Iowa.
Dean of School of Osteopathic       *
Medicine and Health Sciences,       *          [UNPUBLISHED]
                                    *
            Appellee.               *

_____

Submitted: July 6, 1998
Filed: July 13, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

        Henry M. Zeidan appeals from the district court's[1] adverse grant of summary judgment in this diversity action. Zeidan claimed defendants wrongfully retained student loan money and denied him the opportunity to continue his medical education. Having carefully reviewed the record and the parties' briefs, we conclude the district

_____

[1]The Honorable Charles R. Wolle, Chief Judge, United States District Court for the Southern District of Iowa.

court's judgment was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  Zeidan's motions for a jury hearing and a preliminary hearing are denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.